JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WATERS,<br><br>      Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>      Defendant. | Case No. 2:23-cv-10670-SB-SK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

      Plaintiff Jeremy Waters, who was incarcerated in Los Angeles, mailed a letter on December 15, 2023, to the District Court for the Northern District of California.  Dkt. No. 1.  The clerk docketed the letter, opened a case, and transferred it to this district.  Dkt. Nos. 2–6.  Upon transfer, the clerk of this court notified Plaintiff that he had failed to pay the filing fee, directing him to either do so or request to proceed in forma pauperis within 30 days or his case might be dismissed.  Dkt. No. 7.  The notice was returned to the Court as undeliverable mail because Plaintiff had been released.[1]  Dkt. No. 9.  Plaintiff has not provided the Court with a new address.  The local rules require pro se plaintiffs to keep their address up to date and warn that undeliverable mail may result in dismissal with or without prejudice.  L.R. 41-6.  Because the deadline to pay filing fees has passed and Plaintiff has neither paid the filing fee nor requested IFP status, and because Plaintiff has been released from custody and has failed to update his address, the Court DISMISSES the case without prejudice.

Date: February 6, 2024

                                         Stanley Blumenfeld, Jr.
                                     United States District Judge

---

[1] The clerk also issued a notice of assignment upon transfer, which was likewise returned undeliverable for the same reason.  Dkt. Nos. 8, 10.